IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                No. CIV S-12-0724 KJM DAD

    vs.

MIKEN DELANEY, et al.,        ORDER

        Defendants

                                /

        This matter is on the court's calendar on August 2, 2012 for a pretrial scheduling conference. On July 25, plaintiff and counsel for defendants Peter and Polly Lee filed a stipulation to continue this hearing. ECF No. 11. The court rejected it as it was not signed by all the parties who have appeared in this action. ECF No. 13. On July 31, 2012, plaintiff filed a request for a telephonic appearance, noting that he was out of the country. ECF No. 14. Under this court's practice requests for telephonic appearances must be filed at least five days before the hearing. Nevertheless, in light of counsel's unavailability and the fact that defendant Delaney has not participated in the preparation of the status conference report, the court will continue the hearing, but will order plaintiff to show cause why he should not be sanctioned for

/////

1

submitting a stipulation not signed by all the parties and by requesting a telephonic appearance two days before the hearing.

        IT IS THEREFORE ORDERED that:

        1. The pretrial scheduling conference is continued until September 6, 2012; the parties are directed to file an updated status report a week before the hearing; and

        2. Plaintiff is directed to show cause, within fourteen days of the date of this order, why he should not be sanctioned in the amount of $250.00 for the actions described above.

DATED:  August 1, 2012.

                                    UNITED STATES DISTRICT JUDGE